**DISMISS; and Opinion Filed December 11, 2017.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01373-CV

### IN RE WILLIAM THOMAS NICHOLAS, JR., Relator

**Original Proceeding from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F96-51486-VI**

## MEMORANDUM OPINION

Before Justices Lang-Miers, Myers, and Boatright
Opinion by Justice Boatright

In this original proceeding, relator seeks a writ of mandamus directing the trial court to vacate the judgment on relator's 1998 final felony conviction. Only the Texas Court of Criminal Appeals has jurisdiction in final, post-conviction felony proceedings. TEX. CODE CRIM. PROC. ANN. art. 11.07(3) (West 2015). Accordingly, we dismiss this proceeding for want of jurisdiction.

/Jason Boatright/
JASON BOATRIGHT
JUSTICE

171373F.P05